**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Muhammad S. Hashmi** | Social Security number or ITIN **xxx−xx−8781** |
| | First Name  Middle Name  Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **20−21309−CMB**

# Order of Discharge                                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Muhammad S. Hashmi

8/5/20                                                            **By the court:**  Carlota M. Bohm
                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Muhammad S. Hashmi
    Debtor

Case No. 20-21309-CMB
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: admin      Page 1 of 1      Date Rcvd: Aug 05, 2020
                            Form ID: 318      Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2020.
```
db              +Muhammad S. Hashmi,   6757 N. Barivista Drive,   Verona, PA 15147-1930
15232644        +Citicards CBNA,   5800 South Corporate Place,   Mail Code 234,   Sioux Falls, SD 57108-5027
15232648        +Mr. Cooper,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: BRCCRAWFORD.COM Aug 06 2020 07:33:00     Rosemary C. Crawford,   Crawford McDonald, LLC.,
                 P.O. Box 355,   Allison Park, PA 15101-0355
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 06 2020 04:17:24      Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 06 2020 04:17:24      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr              +EDI: AISACG.COM Aug 06 2020 07:33:00     Capital One Auto Finance, a division of Capital On,
                 4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
cr              +E-mail/Text: kburkley@bernsteinlaw.com Aug 06 2020 04:18:28     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15232641        +EDI: AMEREXPR.COM Aug 06 2020 07:33:00     American Express,   PO Box 981537,
                 El Paso, TX 79998-1537
15232643         EDI: CAPITALONE.COM Aug 06 2020 07:33:00     Capital One Bank USA NA,   PO Box 85015,
                 Richmond, VA 23285
15232642        +EDI: CAPONEAUTO.COM Aug 06 2020 07:38:00     Capital One Auto Finance,   PO Box 259407,
                 Plano, TX 75025-9407
15232645         EDI: DISCOVER.COM Aug 06 2020 07:33:00     Discover Bank,   PO Box 15316,
                 Wilmington, DE 19850
15232646        +E-mail/Text: bk@lendingclub.com Aug 06 2020 04:18:18     LendingClub Corporation,
                 71 Stevenson Street,   Suite 300,   San Francisco, CA 94105-2985
15232647         EDI: FORD.COM Aug 06 2020 07:38:00     Lincoln Automotive Financial Services,   PO Box 650575,
                 Dallas, TX 75265-0575
                                                                                                 TOTAL: 11
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
                                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2020 at the address(es) listed below:
```
              Brian C. Thompson    on behalf of Debtor Muhammad S. Hashmi bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com
                                                                                             TOTAL: 5
```